```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LEE S. BICKLEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                 IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12           Plaintiff,          )   D.C. NO. 2:12-MJ-208 GGH
                                 )
13      v.                       )   ORDER
                                 )   FOR UNSEALING COMPLAINT
14  MICHAEL ALTIT,               )
                                 )
15           Defendant.          )
    _____)
16
17       The government's request to unseal the Complaint and this case
18  is GRANTED.
19  SO ORDERED:
20  DATED: August 14, 2012
21
                      /s/ Gregory G. Hollows
22                 UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28
```