```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, CA Bar #214897
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MICHAEL ALTIT

 7

 8                   IN THE UNITED STATES DISTRICT COURT

 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. CR-S-12-00303-GEB
                                  )
12              Plaintiff,        )
                                  )  STIPULATION AND [PROPOSED] ORDER
13      v.                        )  TO CONTINUE STATUS CONFERENCE;
                                  )  EXCLUDE TIME
14  MICHAEL ALTIT,                )
                                  )
15              Defendant.        )  Date:  November 16, 2012
                                  )  Time:  9:00 a.m.
16  _____ )  Judge: Garland E. Burrell, Jr.

17

18       It is hereby stipulated and agreed to between the United States of

19  America through LEE SAARA BICKLEY, Assistant U.S. Attorney, and

20  defendant, MICHAEL ALTIT, by and through his counsel, BENJAMIN

21  GALLOWAY, Assistant Federal Defender, that the status conference set

22  for Friday, October 5, 2012, be continued to Friday, November 16, 2012

23  at 9:00 a.m.

24       This continuance is requested to allow defense counsel additional

25  time to prepare, to review discovery with the defendant, to examine

26  possible defenses, and to conduct ongoing investigation of the facts of

27  the case.

28       The parties stipulate that the ends of justice served by the
```

granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 16, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 1, 2012           Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 MICHAEL ALTIT

DATED: October 1, 2012           BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 LEE SAARA BICKLEY
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

1  The Court orders that the time from the date of the parties
2  stipulation, October 1, 2012, up to and including November 16, 2012,
3  shall be excluded from computation of time within which the trial of
4  this case must be commenced under the Speedy Trial Act, pursuant to 18
5  U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).
6  It is further ordered that the October 5, 2012 status conference
7  shall be continued until November 16, 2012 at 9:00 a.m.
8  Dated:  October 2, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation/Order                -3-