DANIEL J. BRODERICK, #89424
Federal Defender
BENJAMIN D. GALLOWAY, CA Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL ALTIT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-12-00303-GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE; |
| ) | EXCLUDE TIME |
| MICHAEL ALTIT, ) | |
| ) | |
| Defendant. ) | Date:  December 14, 2012 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Garland E. Burrell, Jr. |

    It is hereby stipulated and agreed to between the United States of America through LEE SAARA BICKLEY, Assistant U.S. Attorney, and defendant, MICHAEL ALTIT, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, November 16, 2012, be continued to Friday, December 14, 2012 at 9:00 a.m.

    This continuance is requested to allow defense counsel additional time to prepare, to review discovery with the defendant, to examine possible defenses, and to conduct ongoing investigation of the facts of the case.

    The parties stipulate that the ends of justice served by the

granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 14, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 13, 2012          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MICHAEL ALTIT


DATED: November 13, 2012          BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Benjamin Galloway for
                                  LEE SAARA BICKLEY
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Case 2:12-cr-00303-GEB   Document 18   Filed 11/14/12   Page 3 of 3

1  The Court orders that the time from the date of the parties
2  stipulation, November 13, 2012, up to and including December 14, 2012,
3  shall be excluded from computation of time within which the trial of
4  this case must be commenced under the Speedy Trial Act, pursuant to 18
5  U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).
6  It is further ordered that the November 16, 2012 status conference
7  shall be continued until December 14, 2012 at 9:00 a.m.

Dated:  November 14, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation/Order                    -3-