```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar #214897
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MORDECHAY ALTIT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-12-00303 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND REQUEST PRE-PLEA PSR; EXLUDE TIME |
| MORDECHAY ALTIT, | |
| Defendant. | Date: December 14, 2012<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through LEE SAARA BICKLEY, Assistant U.S. Attorney, and defendant, MORDECHAY ALTIT, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, December 14, 2012, be continued to Friday, February 22, 2013 at 9:00 a.m.

This continuance is requested to allow defense counsel additional time to prepare, to conduct ongoing investigation of the facts, and to work toward resolution of this case.

The parties respectfully request that this Court order the Probation Office to prepare a pre-plea advisory guideline presentence

1  investigation report and serve it on the parties prior to the next
2  hearing date.  Specifically, the parties have agreed that a pre-plea
3  advisory guideline presentence investigation report would aid the
4  parties toward resolving the case.
5       The parties stipulate that the ends of justice served by the
6  granting of such continuance outweigh the interests of the public and
7  the defendant in a speedy trial.
8       Speedy trial time is to be excluded from the date of this order
9  through the date of the status conference set for February 22, 2013,
10 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
11 (Local Code T4).
12 DATED: December 12, 2012         Respectfully submitted,
13                                  DANIEL J. BRODERICK
                                    Federal Defender
14
15                                  /s/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
16                                  Assistant Federal Defender
                                    Attorney for Defendant
17                                  MORDECHAY ALTIT
18
19 DATED: December 12, 2012         BENJAMIN B. WAGNER
                                    United States Attorney
20
21                                  /s/ Benjamin Galloway for
                                    LEE SAARA BICKLEY
22                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
23
24                                **O R D E R**
25      The Court, having received, read, and considered the stipulation
26 of the parties, and good cause appearing therefrom, adopts the
27 stipulation of the parties in its entirety as its order. The Court
28 specifically finds that the failure to grant a continuance in this case

1   would deny counsel reasonable time necessary for effective preparation,
2   taking into account the exercise of due diligence.  The Court finds
3   that the ends of justice to be served by granting the requested
4   continuance outweigh the best interests of the public and defendant in
5   a speedy trial.
6       The Court orders that the December 14, 2012 status conference
7   shall be continued until February 22, 2013 at 9:00 a.m., and that the
8   time from the date of the parties stipulation, December 12, 2012, up to
9   and including February 22, 2013, shall be excluded from computation of
10  time within which the trial of this case must be commenced under the
11  Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4
12  (reasonable time for counsel to prepare).
13      The Court further orders the United States Probation Office to
14  prepare and disclose to the parties a  pre-plea advisory guideline
15  presentence investigation report.
16  Dated:   January 8, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation/Order                      -3-