```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MORDECHAY ALTIT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-12-00303 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| MORDECHAY ALTIT, | |
| Defendant. | Date: April 26, 2013<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through LEE BICKLEY, Assistant U.S. Attorney, and defendant, MORDECHAY ALTIT, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, March 22, 2013, be continued to Friday, April 26, 2013 at 9:00 a.m.

This continuance is requested to allow defense counsel additional time to prepare, to conduct ongoing investigation of the facts, and to work toward resolution of this case.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

/ / /

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for April 26, 2013,
3  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
4  (Local Code T4).
5  DATED: March 20, 2013                    Respectfully submitted,
6                                           JOSEPH SCHLESINGER
                                            Acting Federal Defender
7
8                                           /s/ Benjamin Galloway
                                            BENJAMIN GALLOWAY
9                                           Assistant Federal Defender
                                            Attorney for Defendant
10                                          MORDECHAY ALTIT
11
12 DATED: March 20, 2013                    BENJAMIN B. WAGNER
                                            United States Attorney
13
14                                          /s/ Benjamin Galloway for
                                            LEE BICKLEY
15                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff
16
17                              **O R D E R**
18     The Court, having received, read, and considered the stipulation
19 of the parties, and good cause appearing therefrom, adopts the
20 stipulation of the parties in its entirety as its order. The Court
21 specifically finds that the failure to grant a continuance in this case
22 would deny counsel reasonable time necessary for effective preparation,
23 taking into account the exercise of due diligence.  The Court finds
24 that the ends of justice to be served by granting the requested
25 continuance outweigh the best interests of the public and defendant in
26 a speedy trial.
27     The Court orders that the March 22, 2013 status conference shall
28 be continued until April 26, 2013 at 9:00 a.m., and that the time from

Stipulation/Order               -2-

1  the date of the parties stipulation, up to and including April 26,
2  2013, shall be excluded from computation of time within which the trial
3  of this case must be commenced under the Speedy Trial Act, pursuant to
4  18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to
5  prepare).

Dated:  March 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation/Order                          -3-