1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MORDECHAY ALTIT

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. CR-S-12-00303 GEB
                                    )
12              Plaintiff,          )
                                    ) STIPULATION AND [PROPOSED] ORDER
13      v.                          ) CONTINUING STATUS CONFERENCE AND
                                    ) EXCLUDING TIME
14 MORDECHAY ALTIT,                 )
                                    ) Date:  June 21, 2013
15              Defendant.          ) Time:  9:00 a.m.
                                    ) Judge: Garland E. Burrell, Jr.
16 _____)

17      It is hereby stipulated and agreed to between the United States of

18 America through LEE BICKLEY, Assistant U.S. Attorney, and defendant,

19 MORDECHAY ALTIT, by and through his counsel, BENJAMIN GALLOWAY,

20 Assistant Federal Defender, that the status conference set for Friday,

21 April 26, 2013, be continued to Friday, June 21, 2013 at 9:00 a.m.

22      This continuance is requested to allow defense counsel additional

23 time to prepare, to conduct ongoing investigation of the facts, and to

24 work toward resolution of this case.

25      The parties stipulate that the ends of justice served by the

26 granting of such continuance outweigh the interests of the public and

27 the defendant in a speedy trial.

28 / / /

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for June 21, 2013,
3  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
4  (Local Code T4).

5  DATED: April 18, 2013                    Respectfully submitted,

6                                           JOSEPH SCHLESINGER
                                            Acting Federal Defender
7

8                                           /s/ Benjamin Galloway
                                            BENJAMIN GALLOWAY
9                                           Assistant Federal Defender
                                            Attorney for Defendant
10                                          MORDECHAY ALTIT

11

12  DATED: April 18, 2013                   BENJAMIN B. WAGNER
                                            United States Attorney
13

14                                          /s/ Benjamin Galloway for
                                            LEE BICKLEY
15                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff
16

17                                **O R D E R**

18  The Court, having received, read, and considered the stipulation
19  of the parties, and good cause appearing therefrom, adopts the
20  stipulation of the parties in its entirety as its order. The Court
21  specifically finds that the failure to grant a continuance in this case
22  would deny counsel reasonable time necessary for effective preparation,
23  taking into account the exercise of due diligence.  The Court finds
24  that the ends of justice to be served by granting the requested
25  continuance outweigh the best interests of the public and defendant in
26  a speedy trial.
27  The Court orders that the April 26, 2013 status conference shall
28  be continued until June 21, 2013 at 9:00 a.m., and that the time from

1  the date of the parties stipulation, up to and including June 21, 2013,
2  shall be excluded from computation of time within which the trial of
3  this case must be commenced under the Speedy Trial Act, pursuant to 18
4  U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).
5  Dated:  April 19, 2013

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```

Stipulation/Order                    -3-