```
 1  HEATHER E. WILLIAMS, Bar No. 122664
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar No. 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    MORDECHAY ALTIT
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **No. 2:12-cr-00303-GEB** |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER FOR MORDECHAY ALTIT CONTINUING |
| v. | ) ) | STATUS CONFERENCE IN BOTH MATTERS TO AUGUST 23, 2013 AND EXCLUDING |
| MORDECHAY ALTIT, | ) ) | TIME |
| | ) | Date:   July 19, 2013 |
| Defendant. | ) | Time:   9:00 a.m. |
| _____ | ) | Judge:  Garland E. Burrell, Jr. |
| | ) | **No. 2:12-cr-00389-GEB** |
| UNITED STATES OF AMERICA, | ) ) | STIPULATION AND [PROPOSED] ORDER |
| Plaintiff, | ) ) | FOR MORDECHAY ALTIT CONTINUING STATUS CONFERENCE IN BOTH MATTERS |
| v. | ) ) | TO AUGUST 23, 2013 AND EXCLUDING TIME |
| MORDECHAY ALTIT, and SHAY DIN ALTIT | ) ) | Date:   July 19, 2013 |
| | ) | Time:   9:00 a.m. |
| Defendants. | ) | Judge:  Garland E. Burrell, Jr. |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through LEE BICKLEY, Assistant U.S. Attorney, and defendant, MORDECHAY ALTIT, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, July 19, 2013 in action 2:12-cr-00303-GEB be continued to Friday,

August 23, 2013 at 9:00 a.m. It is further stipulated that the status conference set for Friday, July 19, 2013 in action 2:12-cr-00389-GEB be continued to Friday, August 23, 2013 at 9:00 a.m. as to MORDECHAY ALTIT only.

This continuance is requested to allow defense counsel additional time to prepare, to conduct ongoing investigation of the facts, and to work toward resolution of these cases.  The parties stipulate that the ends of justice served by the granting of such continuances outweigh the interests of the public and the defendant in a speedy trial.

In action 2:12-cr-00303-GEB, speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 23, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

In action 2:12-cr-389-GEB, speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 23, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 15, 2013                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MORDECHAY ALTIT


DATED: July 15, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Benjamin Galloway for
                                        LEE SAARA BICKLEY
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in these cases would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuances outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the status conference set for Friday, July 19, 2013 at 9:00 a.m. in action 2:12-cr-00303-GEB be continued to Friday, August 23, 2013 at 9:00 a.m.. It is further ordered that the status conference set for Friday, July 19, 2013 at 9:00 a.m. in action 2:12-cr-00389-GEB be continued to Friday, August 23, 2013 at 9:00 a.m. as to MORDECHAY ALTIT only.

The Court orders that, in action 2:12-cr-00303-GEB, speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 23, 2013, and, in action 2:12-cr-389-GEB, speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 23, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

IT IS ORDERED.

Dated: July 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3