1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   MORDECHAY ALTIT
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | ) | NO.2:12-CR-00303-GEB |
11 |                            | ) |                       |
   |       Plaintiff,           | ) | STIPULATION AND [PROPOSED] ORDER |
12 | v.                         | ) | FOR MORDECHAY ALTIT CONTINUING RESITUTION HEARING |
13 | MORDECHAY ALTIT,           | ) | IN BOTH MATTERS TO FEBRUARY 7, 2014 |
14 |       Defendant.           | ) | DATE: February 7, 2014 |
   |                            | ) | TIME: 9:00 a.m. |
15 |                            | ) | JUDGE: Hon. Garland E. Burrell, Jr. |
16 |                            | ) |                       |
17 | UNITED STATES OF AMERICA,  | ) | NO. 2:12-CR-00389-GEB |
18 |       Plaintiff            | ) | STIPULATION AND [PROPOSED] ORDER FOR MORDECHAY ALTIT CONTINUING RESITUTION HEARING |
19 | v.                         | ) | IN BOTH MATTERS TO FEBRUARY 7, 2014 |
20 | MORDECHAY ALTIT, and       | ) |                       |
   | SHAY DIN ALTIT,            | ) | Date: February 7, 2014 |
21 |                            | ) | Time: 9:00 a.m. |
   |       Defendants.          | ) | Judge: Hon. Garland E. Burrell, Jr. |
22

23

24         It is hereby stipulated and agreed to between the United States of America through LEE

25 BICKLEY, Assistant U.S. Attorney, and defendant, MORDECHAY ALTIT, by and through his

26 counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the restitution hearing set

27

28
                                          -1-

for Friday, January 10, 2014 in actions 2:12-cr-00303-GEB and 2:12-cr-00389-GEB be continued to Friday, February 7, 2014 at 9:00 a.m..

      This continuance is requested to allow additional time for one or more victims to submit their claims for restitution.  The parties stipulate that the ends of justice are served by the granting of this continuance.  United States Probation Officer Ronnie Preap has no objection to the requested continuance.

DATED: December 20, 2013            Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     /s/ Benjamin Galloway
                                     BENJAMIN GALLOWAY
                                     Attorney for Defendant
                                     MORDECHAY ALTIT

DATED: December 20, 2013            BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Benjamin Galloway for
                                     LEE SAARA BICKLEY
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

O R D E R

      The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

      The Court orders that the restitution hearing set for Friday, January 10, 2014 at 9:00 a.m. in actions 2:12-cr-00303-GEB and 2:12-cr-00389-GEB be continued to Friday, February 7, 2014 at 9:00 a.m..

      IT IS ORDERED:

      Dated:  December 20, 2013

                                       GARLAND E. BURRELL, JR.
                                       Senior United States District Judge