BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MORDECHAY ALTIT,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:12-CR-0303 GEB<br><br>STIPULATION REGARDING RESTITUTION FOR MORDECHAY ALTIT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: February 14, 2014<br>TIME: 9:00 a.m.<br>COURT: Honorable Garland E. Burrell |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MORDECHAY ALTIT, et al.<br><br>　　　　　　　　　Defendants. | CASE NO. 2:12-CR-0389 GEB<br><br>STIPULATION REGARDING RESTITUTION FOR MORDECHAY ALTIT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: February 14, 2014<br>TIME: 9:00 a.m.<br>COURT: Honorable Garland E. Burrell |

**STIPULATION**

　　　Plaintiff United States of America, by and through its counsel of record, and defendant Mordechay Altit, by and through his counsel of record, hereby stipulate as follows:

　　　1. By previous order, this matter was set for a restitution hearing for February 14, 2014;

　　　2. By this stipulation, defendant and plaintiff now move for the Court to issue an order setting the restitution amount owed by Mr. Altit to be $398,816.19.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The United States and the Probation Office have represented that Wells Fargo Bank, JP Morgan Chase, Citi Bank, and First Data Corporation submitted claims for restitution from Mr. Altit.

    b. Wells Fargo submitted a loss claim for $51,392.57. This money should be directed to the following address with the note restitution and the account number on the check:

Wells Fargo
Attn: Funding
Act. No. 0089907330
301 E. 58th St. N
Sioux Falls, SD 57104

    c. JP Morgan Chase submitted a loss claim for $286,000. This money should be directed to the following address:

JP Morgan Chase
Fraud Recovery Investigations
Re: Mordechay Altit
PO Box 710988
Columbus, OH 73271-0988

    d. Citi Bank submitted a loss claim of $22,126.15. This money should be directed to the following address:

Citi Bank
Attn. Restitution/Fraud Unit
Re: Mordechay Altit
5618 Freeport Blvd.
Sacramento, CA 95822

    e. First Data Corporation submitted a loss claim of $39,297.47. This money should be directed to the following address:

First Data Corporation
Re: Mordechay Altit Restitution
Mail Stop AK450
6855 Pacific St.
Omaha, NE 68106

4. The United States Probation Department has reviewed and supports this stipulation and proposed order.

5.  Given this stipulation, the restitution hearing in the above-captioned matters scheduled for February 14, 2014, should be vacated.

Dated:  February 10, 2014  BENJAMIN B. WAGNER
United States Attorney

/s/ Lee S. Bickley
LEE S. BICKLEY
Assistant United States Attorney

Dated:  February 10, 2014

/s/ *Lee S. Bickley* for
BENJAMIN GALLOWAY
For defendant MORDECHAY ALTIT

**O R D E R**

IT IS SO FOUND AND ORDERED that defendant Mordechay Altit is ordered to pay $398,816.19 in restitution.  Payment of restitution shall be by cashier's or certified check made payable to the Clerk of the Court.  $51,392.57 of this restitution should be directed to Wells Fargo, Attn: Funding, Act. No. 0089907330, 301 E. 58th St. N, Sioux Falls, SD 57104.  $286,000 of this restitution should be directed to JP Morgan Chase, Fraud Recovery Investigations, Re: Mordechay Altit, PO Box 710988, Columbus, OH 73271-0988.  $22,126.15 of this restitution should be directed to Citi Bank, Attn. Restitution/Fraud Unit, Re: Mordechay Altit, 5618 Freeport Blvd., Sacramento, CA 95822.  $39,297.47 of this restitution should be directed to First Data Corporation, Re: Mordechay Altit, Restitution, Mail Stop AK450, 6855 Pacific St., Omaha, NE 68106. Given this order, the restitution hearing in the above-captioned matters scheduled for February 14, 2014, is vacated.

Dated:  February 12, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge