UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MORDECHAY ALTIT,<br><br>　　　　Defendant. | No. 2:12-cr-00303-GEB<br><br>No. 2:12-cr-00389-GEB-1<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE** |

　　　　Defendant Mordechay Altit moves in these related cases for a reduction of sentence under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10. (Def.'s Mot., filed as ECF No. 84 in Case No. 2:12-cr-00389-GEB.) Defendant argues in his motion that his status as a deportable alien and favorable post-sentencing conduct justify a reduction of his sentence.

　　　　The government opposes the motion arguing § 3582(c)(2) is inapplicable to this case because "[D]efendant's sentencing range has not changed. The sentencing ranges for [Defendant's crimes] have not been lowered by the Sentencing Commission." (Gov't Opp'n 1:22-25, 3:25-26, ECF No. 86 in Case No. 2:12-cr-00389-GEB.)

1

"As a general matter, courts may not alter a term of imprisonment once it has been imposed." United States v. Leniear, 574 F.3d 668, 673 (9th Cir. 2009) (internal quotation marks omitted) (quoting United States v. Hicks, 472 F.3d 1167, 1169 (9th Cir. 2007)).

> However, 18 U.S.C. § 3582(c)(2) creates an exception to this rule by allowing modification of a term of imprisonment if: **(1) the sentence is "based on a sentencing range that has subsequently been lowered by the Sentencing Commission"**; and (2) "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

Id. (emphasis added) (quoting 18 U.S.C. § 3582(c)(2)).

Here, Defendant has not shown that his sentence was based on a sentencing range that has subsequently been lowered by the Sentencing Commission. Therefore, 18 U.S.C. 3582(c)(2) is inapplicable and cannot be used to lower his sentence. Accordingly, Defendant's motion for reduction of sentence is DENIED.

Dated: September 14, 2015

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```